**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**
**AT CINCINNATI**

| | | |
|---|---|---|
| **LIBERTAS TECHNOLOGIES, LLC,** | : | Case No. 1:10-CV-935 |
| | : | |
| Plaintiff, | : | Chief Judge Susan J. Dlott |
| | : | |
| v. | : | Magistrate Judge Karen L. |
| | : | Litkovitz |
| **CHERRYHILL MANAGEMENT,** | : | |
| **INC.,** *et al.*, | : | NOTICE OF APPEARANCE OF |
| | : | SCOTT R. THOMAS |
| Defendants. | : | |
| | : | |

Please take notice that Scott R. Thomas of HEMMER DEFRANK PLLC hereby enters his appearance as co-counsel of record for Defendants Cherryhill Management, Inc., and Todd Schwartz. Counsel's address and telephone numbers are set forth below. We request that all Orders, documents, materials and things to be served upon Defendants also be served upon the undersigned at the address set forth below.

    Respectfully submitted,

/s/ Scott R. Thomas
Scott R. Thomas (0061040)
Matthew D. Hemmer (0083774)
HEMMER DEFRANK PLLC
250 Grandview Drive, Suite 500
Fort Mitchell, Kentucky 41017
(859) 344-1188; (859) 578-3862 (fax)
sthomas@HemmerLaw.com

Trial Attorneys for Defendants
Cherryhill Management, Inc., and
Todd Schwartz

## **CERTIFICATE OF SERVICE**

    I certify that a true and accurate copy of the foregoing was served via the Court's electronic filing system, this 12th day of September, 2011, to all counsel of record.

                                        /s/ Scott R. Thomas