IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Libertas Technologies, LLC, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:10cv935 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Cherryhill Management, Inc., et al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 15, 2012 a Report and Recommendation (Doc. 28).  Subsequently, the defendants filed joint objections to such Report and Recommendation (Doc. 30) and plaintiff filed a response to the objections (Doc. 34).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendants' motion to dismiss plaintiff's copyright infringement claim under 17 U.S.C. §411 (Count 1) is **DENIED.**

The Court exercises supplemental jurisdiction over plaintiff's state law claims (Counts 2-8).

Defendants' motion to dismiss will be **GRANTED** as to plaintiff's claim for civil conspiracy (Count 8); **GRANTED** in part and **DENIED** in part as to plaintiff's claims for

conversion and replevin (Counts 6 and 7) and **DENIED** as to plaintiff's claims for tortious interference with contract and business relationships and misappropriation of trade secrets (Counts 2-5).

  IT IS SO ORDERED.

                ___s/Susan J. Dlott_____
                Chief Judge Susan J. Dlott
                United States District Court