UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT CINCINNATI

*[Handwritten: Denied as moot. See Docs. 74 & 81. /s/ Susan J. Dlott 12/7/12]*

| | | |
|---|---|---|
| **LIBERTAS TECHNOLOGIES, LLC,** | : | Case No. 1:10-CV-935 |
| Plaintiff, | : | |
| | : | Chief Judge Susan J. Dlott |
| v. | : | **DEFENDANTS' MOTION TO** |
| | : | **SUBSTITUTE A NEW PROPOSED** |
| **CHERRYHILL MANAGEMENT,** | : | **ORDER GRANTING THEIR** |
| **INC.,** *et al.*, | : | **MOTIONS FOR LEAVE TO AMEND** |
| | : | **THEIR COUNTERCLAIM AND** |
| Defendants. | : | **FOR PRELIMINARY INJUNCTION** |

Defendants Cherryhill Management, Inc., and Todd Schwartz (collectively "Cherryhill"), move the Court for leave to submit a new proposed order granting their joint motions for leave to file an amended Counterclaim and for preliminary injunction. The revised order, attached hereto, reflects Libertas' lack of objection to the motions, as set forth in the following Memorandum.

Respectfully submitted,

/s/ Scott R. Thomas
Scott R. Thomas (0061040)
Matthew D. Hemmer (0083774)
HEMMER DEFRANK PLLC
250 Grandview Drive, Suite 500
Fort Mitchell, Kentucky 41017
(859) 344-1188
(859) 578-3869 (fax)
sthomas@HemmerLaw.com

Trial Attorneys for Defendants
Cherryhill Management, Inc.,
and Todd Schwartz