IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Libertas Technologies, LLC,                       :
                                                  :
            Plaintiff(s),                         :
                                                  :   Case Number: 1:10cv935
      vs.                                         :
                                                  :   Chief Judge Susan J. Dlott
Cherryhill Management, Inc., et al.,              :
                                                  :
            Defendant(s).                         :

ORDER


        This matter is before the Court pursuant to the Order of General Reference in the United

States District Court for the Southern District of Ohio Western Division to United States

Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed

the pleadings and filed with this Court on December 6, 2012 Report and Recommendation (Doc.

77).  Subsequently, defendants Cherryhill Management and Todd Schwartz filed objections to

such Report and Recommendation (Doc. 87).

        The Court has reviewed the comprehensive findings of the Magistrate Judge and

considered de novo all of the filings in this matter. Upon consideration of the foregoing, the

Court does determine that such Recommendation should be adopted.

        Accordingly, defendants' motion to amend/correct the proposed order attached to their

motion to seek advice from the Register of Copyrights (Doc. 50) is **GRANTED.**

        Defendants' motion for judgment on the pleadings (Doc. 38) is **DENIED.**

        Defendants' motion for an "Order Issuing a Request to the Register of Copyrights Per [17

U.S.C. § 411(b)(2)]" and imposing a stay pending a response to the request (Doc. 39) is

**DENIED.**

IT IS SO ORDERED**.**

                                                  __**s/Susan J. Dlott**_____
                                                  Chief Judge Susan J. Dlott
                                                  United States District Court